■ PETER A. VINOLUS, Appellant, v LACKAWANNA CITY SCHOOL DISTRICT et al., Respondents.

Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.